# Exhibit 13

# AFFIDAVIT OF RACHEL SILVERSTEIN

STATE OF FLORIDA            }
                            §
COUNTY OF MIAMI-DADE        }

I, Rachel Silverstein, after being duly sworn, deposes and states as follows:

1. My name is Rachel Silverstein. I have been the Executive Director and Waterkeeper at Biscayne Bay Waterkeeper (BBWK) since June 2014. Biscayne Bay Waterkeeper (BBWK) is a Miami-based 501(c)3 non-profit organization that advocates for Biscayne Bay, its watershed, and its wildlife. Our goal is to educate citizens about the vital role of Biscayne Bay in Miami's clean-water economy, and to empower them to take an active role in our community's decision-making. Launched in 2011, BBWK is the first Waterkeeper in South Florida and is the only advocacy organization solely dedicated to protecting Biscayne Bay and its surrounding watershed. The interests of BBWK and its members/supporters will suffer as a result of the loss of corals and coral habitat resulting from the dredging as described in this Affidavit.

2. Prior to joining BBWK, I served as a Sea Grant Fellow and Professional Staff on the U.S. Senate Commerce, Science, and Transportation Committee, specifically working for the Subcommittee on Oceans, Atmosphere, Fisheries, and Coast Guard. On the Committee, I worked on a wide range of ocean and atmospheric issues, ranging from shark fins to weather satellites, and including the Sen. Nelson-sponsored Coral Reef Conservation Act, which passed through the Committee and was reported to the Senate.

3. I have been studying coral reef ecology for 10 years, since I was an undergraduate at Columbia University in the Ecology, Evolution, and Environmental Biology Department, where I conducted by undergraduate thesis on coral reef ecology. In 2012, I completed my doctorate in Marine Biology and Fisheries from the University of Miami's Rosenstiel School of Marine and Atmospheric Science, where I studied the effects of stress, specifically bleaching, on reef corals using physiological and molecular genetic methods. I was also awarded a National Science Foundation Graduate Research Fellowship for my doctoral work.

4. The majority of my doctoral work focused on bleaching and recovery of Floridian corals after exposure to various stressors. My work has been published in multiple, international journals, including the *Proceedings of the Royal Society of London* and *Global Change Biology,* and has been presented at multiple, international coral reef conferences.

5. I have also contributed to molecular genetic studies of *Acropora cervicornis* (staghorn) corals from Belize to Florida, and I have assisted in the maintenance of the staghorn coral nurseries in Biscayne National Park. I have also assisted in research on the spawning behavior of *Acropora palmata* (elkhorn) coral in the Florida Keys.

6. Please see my attached curriculum vitae for a complete accounting of experience.

7. I can state, with a reasonable degree of scientific certainty, that, after having reviewed (1) the Weekly Offshore Coral Stress And Sediment Block Compliance Reports Weeks #1-42, (2) available staghorn survey results from an ongoing study conducted by the USACE in consultation with the National Marine Fisheries Service (NMFS), (3) Miami-Dade County Division of Environmental Resources Management Report on Opportunistic Hardbottom/Reef Inspections dated July 2014, (4) Field notes on impact assessment in

2

Miami Harbor Phase III Federal Channel Expansion Permit # 0305721-001-BI from the Florida Department of Environmental Protection (FDEP), and other documents, letters, and reports by USACE contractors and various other agencies, that: dredging sediments being produced in the Deep Dredge project are resulting in widespread damage and mortality to reef corals in a large area surrounding the dredging project, including to *Acropora cervicornis* "staghorn coral", a threatened coral species. The damage caused by this project has had, is having, and will continue to have, deleterious effects on Miami's reef ecosystem and this threatened species. In addition to harming adult corals, this level of sedimentation, observed at 14 cm (approximately 5.5 inches) in some areas, is, in my opinion, also likely killing coral recruits (newly settled, juvenile corals) by either smothering them or preventing their settlement on suitable hardbottom.

**Background on Impacts of Sedimentation on Corals**

8. Corals have already declined over 80% in the Caribbean since the 1970's (Gardener et al. 2003). Coral decline has been due to many local and regional factors, including disease outbreaks (Brandt et al. 2007), overfishing (Jackson et al. 2001), hurricanes (Lirman 2003), pollution (Wooldridge et al. 2009), *Diadema* loss (Hoegh-Guldberg et al. 2007), construction and sedimentation (Waddell & Clarke 2008) and climate change (Hughes et al. 2003). Exposed to multiple stressors, corals' ability to recover from individual stress events decreases and their resilience is depressed, making any isolated impacts more lasting and severe (Ban 2014).

9. Dredging impacts can be harmful over a wide area because, in addition to impacts to areas immediately adjacent to the dredging, downstream hardbottom can also be impacted by sediments. Continued transport and resuspension of these fine sediments can

impact reefs for up to years to decades -- in both direct ways and in the changes that they induce in the reef ecosystem (Brock et al. 1966, Grigg et al. 1972, Marsh & Gordon 1974, Dodge and Vaisnys 1977).

10. Studies of the impact of sedimentation on reef building corals stretch back almost 100 years (Mayer 1918). Corals can handle a low level of sediment stress, removing it by ciliary action and mucous production. However, both of these methods are energy-intensive, and leave corals depleted of energy, with reduced growth, reduced reproduction, and a weakened immune system. Recently, Pollock et al. 2014 showed that corals exposed to dredging sediments are twice as likely to develop diseases. This is particularly relevant for staghorn corals, which are highly susceptible to disease; disease outbreaks led to the over 95% declines in staghorn corals since the 1970's. Corals can also be relatively rapidly overwhelmed by sediment deposition too, the amount varying somewhat by species.

11. Newly-listed threatened species *O. annualis*, present in the action area, was also found to be very susceptible to even small doses of sediment. This species was also found to have a negative correlation between growth and sedimentation, and lowered metabolism when exposed to sedimentation stress (Rogers 1990).

12. Turbidity, or sediments suspended in the water column, can also shade corals, making it difficult for them to obtain energy from sunlight via their symbiotic algae. This also results in decreased energy stores for corals, leading to slower growth, reduced reproduction, and greater disease risk. Atlantic *Acropora*, specifically, are known to be reliant on access to sunlight for fulfilling their energetic needs, as they are poor feeders, and are therefore unlikely to be able to compensate for a loss of energy from shading.

Staghorn corals are known to be among the most susceptible species to turbidity stress (Rogers 1990).

13. Staghorn corals have an upright, branching morphology that has led to the idea that they are more resilient to burial from sedimentation. However, because the additional ~212 staghorn corals were not identified in the 2010 Dial Cordy survey which was used as the basis of the 2011 Biological Opinion, it is my opinion that, at least a portion of the newly discovered 212 corals could be either new coral recruits (young corals produced via sexual reproduction) or fragments of adult colonies that have broken off of larger colonies and re-attached (asexual reproduction). The USACE also makes this assumption, calling this is a staghorn "bloom" (page 4 Consultation Letter Attachment 7a7d analysis October 2013) that has taken place since their initial staghorn surveys in 2010 (USACE contractor Dial Cordy and Associates Resource Survey, 2010). (However, the 2010 survey also used a different methodology than the survey conducted in 2013, which could also account for, in part, the difference in colony number in the area.) In either case (asexual or sexual propogation), the colony size would be small, leaving newly recruited and/or fragmented staghorn corals highly susceptible to burial from sedimentation. For example, the FDEP report notes the complete absence of coral recruits under 3 cm, due to the burial of the hardbottom under fine sediment (Page 8, Field Notes). The FDEP report notes sediment loads of 1-14 cm in some areas, which could mean that corals up to 14 cm in height could be completely buried by sediment, including both juvenile and adult corals. While the density of recruits is difficult to quantify for this species, it is my opinion that any recruits for the past few years, or small adult colonies, exposed to 1-14 cm of fine, dredging-related sediments would have been smothered and/or unable to

5

attach to the hardbottom. Furthermore, the FDEP report notes that the hardbottom has turned anoxic, which is not conducive to supporting oxygen-dependent life.

14. Sedimentation stress has been linked to decreased recruitment success, because coral larvae require a hard substrate for attachment and would not be able to settle on the sediment. Furthermore, while this area has been designated critical habitat already, the reef areas around the channel, where the dredging is occurring, seems to be an area where this coral is actively recruiting (hence the "bloom"), making this region of particular importance for habitat protection and species recovery. Recruitment is a critical element in the recovery of this coral.

15. My opinions were formed based largely (but not exclusively) on the following county, state, and federally-issued reports on the condition of corals adjacent to the dredging area:

**Army Corps of Engineers Contractor's Weekly Coral Stress Reports**

16. The USACE submits the results of weekly transect surveys of pre-selected corals to FDEP. While no staghorn corals are included in the survey transects, their presence in the area has been confirmed, and therefore, it is my opinion that staghorn corals are likely experiencing similar stress to the corals documented here. (Direct monitoring of staghorn corals in the area would have been preferable, of course, but no such surveys were undertaken in connection with the Weekly Coral Stress Reports. Recent staghorn surveys started just recently in August 2014, by ACOE in consultation with the National Marine Fisheries Service ("NMFS"), also summarized below, conclusively demonstrate that dredge-related sediments are causing staghorn coral stress and mortality.) Available Weekly Coral Stress Reports cover the period from commencement of dredging through September 9, 2014.

17. The Weekly Coral Stress reports note a significant level of stress found in corals every week after Week 11, with the exception of weeks with no monitoring, and Weeks 37 and 42, which both had elevated stress in control corals due to warm temperatures, yet also showed elevated sediment stress on corals. The following statement, or a very close version, can be found throughout these survey reports:

"Permanently marked corals at these sites were documented by scientific divers as covered by fine sediment, having extended polyps, and exuding mucus at significantly higher frequency than corals at HBSC1 (two sample t-test $\leq 0.05$). Fine sediments on the benthos at these southern sites may be due to dredge activity (Week 14 Report)."

18. These reports describe a worsening of conditions as the weeks progress, stating almost weekly refrains that describe widespread sediment accumulation, burial, and coral mortality, such as:

"Significantly elevated stress levels of permanently marked corals at channel-side sites were documented by scientific divers as being predominantly attributed to accumulation of fine sediment on the colony, partial burial of the colony by fine sediment, and extended polyps. Sediment accumulation was widespread at many channel-side sites but was most notable at R2N1 where all permanently marked scleractinians were partially buried by fine sediment on top of, or around the base of the colony. Recent partial mortality at the base of several corals has also been documented at several sites, typically in areas where the sediment has receded." (Week 31 report)

or

"Elevated stress levels of permanently marked corals across channel-side and reference sites were documented by scientific divers as being predominantly attributed to dustings of fine sediment on the colony, extended polyps, and/or excess mucus. Sediment accumulation was widespread at all channel-side sites but was most notable at HBN2 where all marked corals had a buildup of fine sediment on top of, or around the base, of the coral colonies." (Week 23 report)

### The Miami-Dade Department of Regulatory and Economic Resources' Division of Environmental Resources Management (DERM) report

19. The Miami-Dade Department of Regulatory and Economic Resources' Division of Environmental Resources Management (DERM) report, conducted a series of surveys (on July 8, 2014), in response to reports of sedimentation stress on reefs 1500 ft south of Government Cut. The dive teams visited 8 paired sites (North and South of the channel). The report observes sedimentation, coral burial, and coral mortality at multiple sites. In one example that is fairly representative of their findings,

> "Wide view photographs were not possible due low visibility associated with a turbidity plume present at the time of the inspection. Turf algae was not exposed and ~ 1-2cm layer of fine sediment and/or clay was measured on hardbottom and partially buried scleractinians. Heavy sedimentation was observed on scleractinians, octocorals, and sponges. Many scleractinian colonies were mostly covered by sediment with only the higher relief center of the colonies exposed (Figure 6A, C, E). Wafting accumulated sedimentation from the colonies revealed recent mortality (~30-70% of coral skeleton along colony edge) on many scleractinians (Site B, page 6)."

["Scleractinian" denotes stony, or reef-building corals.]

20. No staghorn corals were specifically identified in their survey locations; however, as in the USACE Weekly Coral Stress surveys, staghorn presence has been established in the area and it is my opinion that they would be exposed to a similar level of stress as the coral species included in this DERM report.

### Florida Department of Environmental Protection (FDEP) Field Notes Report

21. On July 22-23, 2014, FDEP conducted field surveys during which "significant impacts to hardbottom beyond those that were permitted were observed." (Warning letter to USACE August 18, 2014). The FDEP field notes state,

> "Large areas of hardbottom were covered with 1 cm to 14 cm thick layer of fine sediments (visually silt and clay, with some mixture of fine sand at the monitoring

8

stations). Such sediment cover is not characteristic for the hardbottom of this area (FDEP staff pre-construction observations; pre-construction survey at monitoring stations). The sedimentation was observed during dredging activity (DERM reports) (page 38)."

It continues:

"The observed sediment cover has had a profound effect on the benthos. There were no scleractinian or octocoral recruits or juveniles less than 3 cm in maximum dimension observed along the assessment transects at the Inner and Middle Reefs; other small benthic organisms of the same size were also buried under the sediments. The survival of impacted scleractinian corals and octocorals in size class < 10 cm is highly unlikely; according to our observation, the sediment layer has resulted in anoxic conditions. Larger size classes of scleractinian corals, octocorals, and sponges were also adversely affected by project-related sedimentation, and impacts to these larger organisms is considerable. More than half of the larger scleractinian corals (> 10 cm in max dimension) observed had partial mortality caused by sediment accumulation, which can increase diseases in corals through infections in the affected areas (page 39)."

The FDEP report also concludes:

"The cohesive nature of fine sediments suggests that the sediment cover may persist for some time and have even more profound effects on the ecological function of the communities (page 39)."

**USACE Staghorn-Specific Surveys**

22. In late August (19th-22nd), as a result of conversations with NMFS, the USACE began conducting surveys of 100 colonies of staghorn coral located between 100 and 450ft from the channel. (Despite requests, the ACOE has refused to share all the survey data with BBWK.) In the initial survey, corals at the north side of the channel showed twice the stress levels as those in the control areas. While stress was elevated for corals at all sites in surveys #2 and #3, paling and other sediment-related stress on staghorn corals is expressly noted in data sheets. The survey results generally denote widespread paling, partial mortality, sediment accumulation, and partial burial with respect to staghorn corals near the dredging area (i.e.

9

near the channel); the surveys report the degraded condition of individually tagged corals, for example, notes include:

In Survey #2:

- "Most of the colony dead, paling, old death, bleaching" (Coral #22, Survey #2)
- "Most of colony paling, swelling, recent partial mortality" (Coral #54, Survey #2)
- "Recent mortality, mucus, sediment accumulation, bleaching on a few polyps" (Coral #4, Survey #2)
- "Recent partial mortality, sediment accumulation, Paling, Lyngbya sp. covering" (Coral #10, Survey #2) [Lyngbya is a blue-green algae/cyanobacteria.]

And sediment-related stress continues to be observed in Survey #3:

- " Partial burial - only top portion of colony is out of the sand, broken branch buried in sand and dead, recent partial mortality (Coral #1, Survey #3)";
- "Partial burial, swelling, paling, recent partial mortality from last event uncovered and getting colonied [sic] by turf (Coral #10, Survey #3)";
- "Portion of lower branch previously partialyl [sic] buried is now uncovered and recently dead" (Coral #13, Survey #3)

23. Taken together, the scientific research on the impacts of sedimentation and turbidity on corals, including on staghorn coral specifically, along with the observations of various government agencies and reports, indicate that most, if not all, of the staghorn coral remaining in the vicinity of the dredging project (at least up to 450 ft from the channel, but likely further as well) have been, and are being, adversely impacted by dredging-related sedimentation. Sedimentation is causing staghorn coral mortality by burial of existing colonies and smothering of recruits and fragments. Sedimentation has also

degraded the critial habitat in a manner that makes staghorn larvae survival, and future settlement, unlikely. The accumulation of additional sediments from continued dredging, and resuspension of already-deposited sediments, will further exacerbate these conditions and likely lead to additional staghorn coral stress, mortality, and habitat degradation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rachel Silverstein

The foregoing instrument was acknowledged before me this 1st day of October, 2014, by Rachel Silverstein, who is personally known to me or who has produced ___Id - Resident Card___ as identification.

JOECELIS LOPEZ
Notary Public - State of Florida
My Comm. Expires Mar 30, 2018
Commission # FF 095362

_____
Notary Public, State of Florida

CITATIONS

Ban, S. S., Graham, N. A. J. and Connolly, S. R. (2014), Evidence for multiple stressor interactions and effects on coral reefs. Global Change Biology, 20: 681–697. doi: 10.1111/gcb.12453

Brandt M.E., Peters, E.C., Quirolo, C. (2007) Unusual lesions and growth anomalies encountered in *Acropora palmata* from two sites in the tropical western Atlantic. *Reef Encounters* 34: 30-32.

Brock, V E., Van Heukelem, W., Helfrich, P. (1966). An ecological reconnaissance of Johnston Island and the effects of dredging. Hawaii Inst. Mar. Biol. Tech. Rep. No. 11, p. 1-56.

Dodge, R. E., Vaisnys, J. R. (1977). Coral populations and growth patterns: responses to sedimentation and turbidity associated with dredging. J. Mar. Res. 35: 715-730.

Gardner, T.A., Côté, I.M., Gill, J.A., Grant, A.,Watkinson, A.R. (2003) Long-term region wide declines in Caribbean coral reefs. *Science* 301: 958-960.

Grigg, D. I., Crean, R. F., van Eepoel, R. P. (1972). Marine environment of Brewer's Bay, St Thomas, V.I. with a summary of recent changes. Caribb. Res. Inst. Water Pollution Report. Rep. 15, p. 14.

11

Hoegh-Guldberg, O., *et al.* (2007) Coral reefs under rapid climate change and ocean acidification. *Science* 318: 1737-1742.

Hughes, T.P. *et al.* (2003) Climate change, human impacts, and the resilience of coral reefs. *Science* 301: 929-933.

Jackson, J.B.C. (2001) What was natural in the coastal oceans? *Proc. Natl. Acad. Sci.* 98: 5411-5418.

Lirman, D. (2003) A simulation model of the population dynamics of the branching coral *Acropora palmata*. Effects of storm intensity and frequency. *Ecol. Model.* 161: 169-182.

Marsh, J. A. Jr, Gordon, G. D. (1974). Marine environmental effects of dredging and power plant construction. Univ. of Guam Mar. Lab. Tech. Rep. 8, p. 1-56.

Mayer, A. G. (1918). Ecology of the Murray Island coral reef. Publs Carnegie Inst. 183, p. 1-24

Pollock FJ, Lamb JB, Field SN, Heron SF, Schaffelke B, et al. (2014) Sediment and Turbidity Associated with Offshore Dredging Increase Coral Disease Prevalence on Nearby Reefs. PLoS ONE 9(7): e102498. doi:10.1371/journal.pone.0102498

Rogers C (1990) Responses of Coral Reefs and Reef Organisms to Sedimentation. Marine Ecology Progress Series 62: 185-202.

Waddell, J.E. and A.M. Clarke (eds.), 2008. The State of Coral Reef Ecosystems of the United States and Pacific Freely Associated States: 2008. NOAA Technical Memorandum NOS NCCOS 73. NOAA/NCCOS Center for Coastal Monitoring and Assessment's Biogeography Team. Silver Spring, MD. 569 pp.

Wooldridge, S.A., Done, T.J. (2009) Improved water quality can ameliorate effects of climate change on corals. *Ecol. Appl.* 19: 1492-1499.

# RACHEL SILVERSTEIN, PH.D.

Home: 1425 S. Miami Ave Apt 3612 Miami, FL 33130 Phone: (619) 787 3161
rachelsilverstein@gmail.com; rachel@bbwk.org

### EDUCATION

- **University of Miami, Rosenstiel School of Marine and Atmospheric Sciences**—*Miami, FL;* GPA 3.9
  Ph.D. awarded December 2012, entered August 2007; Marine Biology and Fisheries
  *Dissertation*— *The Importance of the Rare: The Role of Background Symbiodinium in the Response of Reef Corals to Environmental Change*
  **Honors and Awards**: National Science Foundation Graduate Research Fellowship ($30,000/year for 3 years), University of Miami Graduate Student Fellowship ($25,000/year for 3 years), Rowlands Research Fellowship ($1,000), Reitmeister Award ($1,863), Garden Club of America Ecological Restoration Fellowship ($8,000), Rosenstiel School of Marine and Atmospheric Science Alumni Fellowship ($3,000), Captain Harry D. Vernon Memorial Scholarship ($1,000)

- **Columbia University, Columbia College**— *New York, NY;* GPA 3.8
  Graduated *Cum Laude*, B.A. in Ecology, Evolution, and Environmental Biology, May 2006
  *Honors and Awards:* Dean's List, Langmuir Scholars of Environmental Chemistry, Creative Communication Award, Explorer's Club Youth Activity Fund Scholarship, Spill Control Association of America Scholarship, Garden Club of America Undergraduate Environmental Studies Scholarship, Center for Environmental Research and Conservation Senior Thesis Funding, Community Building Award

- **The Bishop's School**— *La Jolla, CA;* GPA 4.2
  Graduated *Cum Laude*, May 2002

### RELEVANT EXPERIENCE

- **Biscayne Bay Waterkeeper (BBWK)**
  *Miami, FL; June 2014-present*
  ***Executive Director & Waterkeeper***: Pursued legal advocacy related to the Endangered Species Act, environmental permits; promoted climate resilience planning in Miami; cultivated partnerships with local NGOs and stakeholder groups; created a budget; engaged in fundraising activities; joined in an international environmental expert coalition to the Bahamas; performed public speaking and outreach roles; gave interviews to local & national media outlets, including the New York Times, the New Yorker, and Reuters. BBWK is a grassroots, not-for-profit organization dedicated to identifying issues and promoting action-based solutions and community engagement to ensure swimmable, fishable, drinkable water in Biscayne Bay and its surrounding watershed, including sustainable and climate-resilient development in Miami.

- **U.S. Senate Commerce Committee, Subcommittee on Oceans, Atmosphere, Fisheries, and Coast Guard**—
  *Washington, D.C.; February 2013- March 2014*
  ***Sea Grant Fellow & Professional Staff, Democratic Staff***: Developed and staffed Committee hearings; drafted briefing and decision memoranda for Members; organized and drafted position letters from Members; met with Administration officials, non-profit organizations, and constituent groups; analyzed pending policy issues within the Committee's jurisdiction, organized staff briefings, provided Committee staff with scientific expertise, contributed to budgetary and programmatic oversight of the National Oceanic and Atmospheric Administration's budget requests; assisted moving bills through the legislative process including drafting, introduction, and the passage of legislation by unanimous consent

- **The William J. Clinton Foundation, Clinton Global Initiative (CGI)**— *New York, NY; periodically Sept. 2006- March 2014*
  ***Environment & Climate Change Track Deputy Chair (CGI-University 2009, 2011-2014):*** Synthesized ideas and generated topics for panels, identified panelists, co-wrote panel descriptions, facilitated student discussions; **(2010)** served as Topic Room Manager
  ***Energy & Climate Change Track Assistant, CGI (2009)***: Aided preparation for Energy and Climate Change track programming, worked directly with track chairs and deputies; **(2007-2011, 2013 CGI)** Served as Topic Room Manager, Commitments Team Point of Contact, and Session Note Taker, VIP Handler at CGI Annual Meetings, respectively
  ***Commitments Intern (2006)***: Aided various aspects of the logistics and planning of the CGI Annual Meeting, particularly Commitments, and then assisted in managing select members' post-conference commitments in the Environment & Climate Change track

- ❖ **Independent Field Research**— *Western Australia; May-June 2005*
  ***Researcher*:** Raised over $15,000 in grants for undergraduate research; organized, planned, and executed a field research project collecting coral samples from three remote field locations; applied for and obtained extensive permits from governmental organizations; collaborated with local scientists; performed follow-up molecular lab work at Columbia University and published results (published: Silverstein et al. 2011, *MEPS*)

- ❖ **Coral Reef Conservation Lab**—*Columbia University, New York; September 2004- September 2005*
  ***Lab Technician, Intern:*** Purified coral tissues and their symbiotic algae into genomic DNA in preparation for sequencing, PCR, DGGE, gene sequence editing, the data as a part of an ongoing project to study coral-algal symbiosis and climate change responses

- ❖ **San Diego Baykeepers**—*San Diego, CA; Summer 2004*
  ***Baykeeper Assistant:*** Helped organization of the annual Waterkeeper Conference hosted by San Diego Baykeepers, prepared presentations for San Diego City Council representatives regarding environmental issues

- ❖ **Earth Tutors Program**— *P.S. 165, New York, NY; September 2004- May 2006*
  ***Founder, Tutor:*** Organized a group of Columbia University students to teach 4th and 5th graders at P.S. 165 elementary school; lessons focused on various environmental issues aimed at increasing awareness about environmental issues and including climate change and energy and suggested ways for students to help meet these challenges

### PUBLICATIONS
- ❖ **Silverstein R**, Cunning R, Baker AC (2014) Change in algal symbiont communities after bleaching, not prior heat exposure, increases heat tolerance of reef corals. *Global Change Biology* DOI: 10.1111/gcb.12706.
- ❖ **Silverstein R**, Correa AMS, Baker AC (2012) Specificity is rarely absolute in coral-algal symbiosis: Implications for coral response to climate change. *Proceedings of the Royal Society of London, Biology* 279(1738):2609-18.
- ❖ **Silverstein R** (2010) Bracing for oil. *Science* 239: 388.
- ❖ **Silverstein R**, Correa AMS, LaJeunesse TC, Baker AC (2011) Novel algal symbiont *(Symbiodinium* spp.) diversity in reef corals of Western Australia. *Marine Ecology Progress Series* 422:63-75.
- ❖ Kenkel C,… **Silverstein R**, et al. Development of gene expression markers of acute heat-light stress in reef-building corals of the genus *Porites*. *PLoS One* 6: e26914
- ❖ **Silverstein R** (2013) On the Same Wavelength, *Red Flag Magazine*

### MEDIA
- ❖ Miami New Times article about corals and PortMiami deep dredge project, 9/18/14
- ❖ Miami Herald in articles about corals and PortMiami deep dredge project, 6/6/14; 8/19/14
- ❖ New York Times article about corals and PortMiami deep dredge project, 6/5/14
- ❖ WLRN story about corals and PortMiami deep dredge project, 7/21/14
- ❖ CBS Morning news about corals and PortMiami deep dredge project, 7/17/14
- ❖ Reuters stories about corals and PortMiami deep dredge project, 6/6/14; 8/29/14
- ❖ NBC 6 story about oil and dispersant's effect on coral during the *Deepwater Horizon* spill
- ❖ German NPR about climate change and corals
- ❖ Filmed for PBS special about climate change and corals
- ❖ National Wildlife Federation Blog about the *Deepwater Horizon* spill and corals
- ❖ Featured in NSF Women in STEM publication
- ❖ Highlighted in University of Miami scholarship recipient publication
- ❖ Featured in University of Miami research videos, promotional commercial, and fundraising campaigns

### MENTORSHIPS/OUTREACH
- ❖ Mentor for three middle and high school girls on their science fair projects, including one girl for three consecutive years, whose project won 1st place at the state fair two years in a row, received a special award from the Sierra Club, competed in an international sustainability competition, and won several national awards
- ❖ Routinely give talks to local schools and visitors about coral reefs and threats to reefs, and about graduate school
- ❖ Moderator of National Ocean Sciences Bowl competition (2009, 2011)
- ❖ Mentor for six undergraduate interns in conducting lab work and experiments
- ❖ Student speaker at the annual University of Miami Scholarship Luncheon for major donors